# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED
Mar 19 2019
Clerk, U.S. District Court
Western District of Texas



By: _____
Deputy

**UNITED STATES OF AMERICA** §
§
§ CASE NUMBER: **EP:19-M -03133(1) RFC**
vs. §
§
**(1) RODOLFO CASTANEDA-RAMIREZ** §

        Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

    The defendant, Rodolfo Castaneda-Ramirez, was represented by counsel, Damian Ryan George Rasmussen.

    The defendant pled guilty to the complaint on **March 19, 2019.** Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | March 14, 2019 |

    As pronounced on March 19, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisions for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

    The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

    Signed on this the 19th day of March, 2019.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | **Case Number:** |
| vs. | § § | EP:19-M -03133(1) |
| (1) RODOLFO CASTANEDA-RAMIREZ | § § § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Damian Ryan George Rasmussen, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 19th day of March, 2019.

_____
**ROBERT F. CASTANEDA**
**UNITED STATES MAGISTRATE JUDGE**

# United States District Court
## Western District of Texas
## El Paso Division

FILED
03/19/2019

Clerk, U.S. District Court
Western District of Texas

By: *VMontoya*
Deputy

## INITIAL APPEARANCE, PLEA AND SENTENCE

Case Number: EP:19-M -03133(1) RFC

| | |
|---|---|
| DEFENDANT'S NAME: (1) RODOLFO CASTANEDA-RAMIREZ | ATTY FOR DEFENDANT: Rasmussen, Damian Ryan George |
| JUDGE: ROBERT F. CASTANEDA | AUSA: VANESSA BROWN |
| DEPUTY CLERK: Veronica Montoya | INTERPRETER: X Yes ☐ No |
| COURT REPORTER: ERO | PROB. OFFICER |
| | PRETRIAL OFFICER: |
| DATE: 03/19/2019 | TIME: 25 Minutes   2:28 - 2:53 |

## PROCEEDINGS                                  DFT NO.        [DftNo1]    [DftNo2]

| | | | |
|---|---|---|---|
| X | INITIAL APPEARANCE | X | |
| X | ARRAIGNMENT HELD | X | |
| X | DFT INFORMED OF RIGHTS/oral consent to plea | X | |
| X | GUILTY    DEFT [DftNo1]   COUNT(S): COMPLAINT | | |
| X | GUILTY PLEA ACCEPTED BY THE COURT | X | |
| ☐ | Information Filed On _____ | ☐ | ☐ |
| ☐ | Motion to Dismiss Complaint filed on _____ | ☐ | ☐ |
| ☐ | Court Grants Motion to Dismiss on _____ | ☐ | ☐ |
| ☐ | Order Dismissing Complaint entered on _____ | ☐ | ☐ |
| X | Oral Motion by AUSA to Remit Special Assessment | X | |
| X | Oral Order Granting Oral Motion to Remit Special Assessment | X | |
| X | SENTENCING HELD: Defendant sentenced to : **Time Served / NO FINE / SA REMITTED** | | |

OTHER: _____

ef

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
03/19/2019
Clerk, U.S. District Court
Western District of Texas

By: 
Deputy

| | |
|---|---|
| **USA** § | |
| § | CRIMINAL COMPLAINT |
| vs. § | CASE NUMBER: **EP:19-M -03133(1)** |
| § | |
| **(1) RODOLFO CASTANEDA-RAMIREZ** § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 14, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **"The Defendant, Rodolfo CASTANEDA-Ramirez, an alien to the United States and a citizen of Mexico, illegally entered the United States from the Republic of Mexico on March 14, 2019 by crossing the Rio Grande River, approximately 0.8 miles west of the Ysleta Port of Entry in El Paso, Texas, which is located in the Western District of Texas. The place where the Defendant crossed is not designated as a Port of Entry by immigration officers."**

Continued on the attached sheet and made a part hereof:   **X** Yes   ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Bonilla, Arturo
Border Patrol Agent

03/19/2019                                             at   EL PASO, Texas
Date                                                        City and State


ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
OATH TELEPHONICALLY SWORN
AT 1:01 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)

**WESTERN DISTRICT OF TEXAS**

**(1) RODOLFO CASTANEDA-RAMIREZ**

FACTS   (CONTINUED)

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

The Defendant, Rodolfo CASTANEDA-Ramirez, an alien to the United States and a citizen of Mexico, illegally entered the United States from the Republic of Mexico on March 14, 2019 by crossing the Rio Grande River, approximately 0.8 miles west of the Ysleta Port of Entry in El Paso, Texas, which is located in the Western District of Texas.  The place where the Defendant crossed is not designated as a Port of Entry by immigration officers.

IMMIGRATION HISTORY:

**NONE**

CRIMINAL HISTORY:

**NONE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: EP:19-M -03133(1) |
| | § | |
| (1) RODOLFO CASTANEDA-RAMIREZ | § | |

ORDER SETTING INITIAL APPEARANCE / MISDEMEANOR ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for INITIAL APPEARANCE / MISDEMEANOR ARRAIGNMENT, in Magistraterd Courtroom 612, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on 03/19/2019.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 03/19/2019.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE